IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 27 2010

DAVID J. MALAND, CLERK
BY
DEPUTY _____

### Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 4:10-CV-00058
2. Style of case: BETTY E. WHEAT vs WALMART
3. Nature of suit: _____ PERSONAL INJURY _____.
4. Method of ADR used:    X Mediation      ☐ Mini-Trial       ☐ Summary Jury Trial
5. Date ADR session was held: 12/15/10
6. Outcome of ADR (Select one):

   ☐ Parties did not use my services.                ☐ Settled, in part, as result of ADR

   XX Settled as a result of ADR.                    ☐ Parties were unable to reach settlement.

   ☐ Continue to work with parties to reach settlement (Note: provider must file supplemental ADR Summary Form at conclusion of his/her services)

7. What was your TOTAL fee: $1,500.00
8. Duration of ADR: Half Day (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   MARY BURDIN, Mediator
   Betty Wheat, Plaintiff
   Virgil Wheat, Plaintiff's Son

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

*Mary Burdin*

Signature

4514 Cole Avenue, Dallas, TX 75205-4181
Address

December 16, 2010
Date

(214)528-1411
Telephone

**ATTORNEY FOR PLAINTIFF:**

**Chad D Elsey, Esq.**
Elsey & Elsey
3212 Long Prarie Rd., Ste. 200
Flower Mound, TX 75022
Company Ph: (972)906-9695 Fax: (972)906-7998

**ATTORNEY FOR DEFENDANT:**

**Ramona Martinez, Esq.**
Cobb Martinez Woodward
1700 Pacific Ave., Ste. 4545
Dallas, TX 75201
Company Ph: (214)220-5200 Fax: (214)220-5299