IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BETTY E. WHEAT | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | Case No. 4:10cv58 |
| | § | |
| WAL-MART STORES, INC. | § | |
|     Defendant | § | |

## ORDER ON CLOSING DOCUMENTS

The court has been advised by the parties or their attorneys that all claims in the above-styled civil action have been settled. Therefore, it is **ORDERED** that, on or before *January 27, 2011*, all parties shall submit to the court all papers necessary for the closing of this case and its removal from the active docket of this court. If such papers are not received by the court by the scheduled deadline, the court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the court may enter such orders as are just and necessary to insure prompt resolution of this case.

      **SIGNED this the 12th day of January, 2011.**

      */s/ Richard A. Schell*
      _____
      RICHARD A. SCHELL
      UNITED STATES DISTRICT JUDGE